**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 28, 2025

> Conference/arraignment scheduled for 1/6/26 at 12:00pm. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 10/29/25
> Richard M. Berman, U.S.D.J.

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ernesto Alvarez*, 25 Cr. 464 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter to advise the Court that the defendant in the above-referenced case surrendered to law enforcement on October 23, 2025. The defendant was presented before Judge Stewart D. Aaron that afternoon and released on bail conditions. The parties respectfully request that the Court schedule a conference at which the defendant can be arraigned. As the defendant and certain of his lawyers reside in Florida, and as the undersigned Assistant United States Attorney will be handling an approximately two-week trial in December, the parties respectfully propose January 6 or January 7, 2026, as a conference and arraignment date.

The Government further requests that the Court exclude time under the Speedy Trial Act between today's date and the conference and arraignment date set by the Court. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow time for the Government to produce and the defendant to review discovery, and for the parties to engage in discussions of potential pretrial resolution of this case. The defendant consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Timothy Capozzi
Assistant United States Attorney
(212) 637-2404

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/25

cc:   Counsel listed on ECF