**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                      :

                                               :

                              Government,      :        25 CR. 464 (RMB)

                                               :

          - against -                          :        **ORDER**

                                               :

                                               :

ERNESTO ALVAREZ,                               :

                                               :

                              Defendant.       :
-------------------------------------------------------------x


          The status conference scheduled for Monday, June 8, 2026 at 1:00 P.M. will take

place in Courtroom 17B.



Dated: June 3, 2026
          New York, NY

                                        _____

                                           RICHARD M. BERMAN
                                                U.S.D.J.